IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                     Magistrate Action 2:05-MJ-73
                            Magistrate Judge King

**KAREN S. WILLIAMS,**

       **Defendant.**

<u>ORDER</u>

Upon motion of the United States, Doc. No. 36, the charge against defendant, and this case, are **DISMISSED, without prejudice, EFFECTIVE UPON DEFENDANT'S TRANSPORT TO THE TWIN VALLEY PSYCHIATRIC SYSTEM, COLUMBUS, OHIO, ON JUNE 2, 2006.**

<u>June 1, 2006</u>                             <u>*s/Norah McCann King*</u>
                                                  Norah M<sup>c</sup>Cann King
                                         United States Magistrate Judge